UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Larry W. Scott, Jr., # 315277, | ) | C/A No. 5:14-67-DCN-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Newberry County Sheriff's Office; | ) | |
| Agents, Newberry County Sheriff's Office, and | ) | |
| James Lee Foster, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This is a civil action filed by a state prisoner. Therefore, in the event that a limitations issue arises, Plaintiff shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to district court). Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

By Orders dated January 21, 2014 and April 9, 2014, ECF Nos. 7, 21, Plaintiff was given specific time frames in which to bring this case into proper form. Plaintiff has complied with the court's Orders, and this case is now in proper form.

Plaintiff paid the full costs of filing. (Receipt No. SCX400009730).

TO THE CLERK OF COURT:

The Clerk of Court is directed to the list the parties on the docket as they are listed in the caption of this Order. The Clerk of Court is directed to add "James Lee Foster" as a Defendant in this case because he is listed as a Defendant in attachment 2 to the Complaint. ECF No. 1-2.

This case is subject to summary dismissal based on an initial screening conducted pursuant to 28 U.S.C. §1915 and/or 28 U.S.C. § 1915A. Therefore, the Clerk of Court shall ***not*** issue any summonses nor shall the Clerk of Court forward this matter to the United States Marshal for service of process at this time.

IT IS SO ORDERED.

July 17, 2014                                                           Kaymani D. West
Florence, South Carolina                                    United States Magistrate Judge