IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Larry W. Scott, #315277, ) | C/A No. 5:14-cv-0067 DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Newberry County Sheriff's Office; Agents, ) | |
| Newberry County Sheriff's Office, and ) | |
| James Lee Foster, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On August 11, 2014, this court issued an Order adopting the Magistrate Judge's Report and Recommendation and dismissed the complaint without prejudice and without the issuance and service of process. On the same date, the Clerk of Court docketed plaintiff's objections, which were received on August 11, 2014. It appears that plaintiff placed them in the prison's mail on August 7, 2014, however, the objections were due on August 4, 2014. Nevertheless, the court will take plaintiff's objections under advisement, and therefore,

**IT IS ORDERED** that this court's Order filed on August 11, 2014, dismissing the complaint without prejudice and without issuance and service of process, is **VACATED**, and this matter is herewith reinstated for consideration of plaintiff's objections.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

August 18, 2014
Charleston, South Carolina