# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Larry W. Scott, #315277, ) | |
| ) | C/A No.: 5:14-cv-0067 DCN |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| Newberry County Sheriff's Office; Agents, ) | |
| Newberry County Sheriff's Office, and ) | |
| James Lee Foster, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the court pursuant to plaintiff's Motion for Reconsideration of the Order affirming the Magistrate Judge's Report and Recommendation (ECF No. 47). This motion was filed on August 22, 2014.

On August 18, 2014, the undersigned vacated the Order affirming the Magistrate Judge's Report and Recommendation (ECF No. 47) so that the objections filed August 11, 2014 could be reviewed and considered. On the same day, an amended order (ECF No. 52) was filed stating that the objections had been reviewed and considered, and the Report and Recommendation was again affirmed. It is therefore

**ORDERED**, that the plaintiff's Motion for Reconsideration is **MOOT**, as the objections filed by the plaintiff were received, reviewed and considered.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

August 27, 2014
Charleston, South Carolina